IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                Plaintiff

v.                              No. 4:20CR00102-03 DPM

MEGHAN DENISE CHANDLER                                                            Defendant

**MOTION FOR RELEASE INTO REHAB**

Defendant surrendered when she found out she was joined in the superseding indictment. Doc. 46. She thus a prompt detention hearing on August 27th, and she was detained. Doc. 122-23 (Judge Volpe).

Defendant's pretrial services report indicated a meth problem, and defendant frankly downplayed it as not being a serious problem for her at all.

Now, after all this time in jail (locked down 23 hours a day because of understaffing), she's come to the stark realization that it is a real problem, that she was lying to her self, and it was not at all as she downplayed it to the pretrial report writer. That was a serious mistake. She's also had the support of her mother in Tulsa whom she talks too and by email from the jail. Her mother is a medical professional who also urged her to get drug treatment.

The other defendants were set for trial June 28, 2021 before the defendants in the superseding indictment were even added in. Thus, the court set June 28th as the trial date for the recently added defendants. Trial is 9½ months away.

Defendant respectfully asks the court to reconsider its detention order and place her in treatment.

2

        Respectfully submitted,

        JOHN WESLEY HALL
          Ark. Bar No. 73047
        1202 Main St.; Suite 210
        Little Rock, Arkansas 72202-5057
        (501) 371-9131 / fax (501) 378-0888
        e-mail:  ForHall@aol.com
          *Attorney for Defendant*